M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Darnell Abner
Full name and prison name of
Plaintiff(s)

RECEIVED
2018 JUL 24 A 11: 53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

v.

Charles Ph—Adam Chambers
Wally Olson
Steve Baxley
Ron Nelson

_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 1:18-cv-683-WKW
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2. Court (if federal court, name the district; if state court, name the county)

_____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Dale County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Dale County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Wally Olsen | P.O Box 279 Ozark AL. 36360 |
| 2. | Steven Baxley | P.O Box 229 Ozark AL. 36360 |
| 3. | Ron Nelson | P.O Box 279 Ozark AL 36360 |
| 4. | Adam Chambers | P.O Box 279 Ozark AL. 36360 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
July 16th 2018

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Meds are sorted and passed out by staff not a nurse of any kind.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

7-16-18 was gave wrong meds by staff Meds belonging to James Aldridge. A Man that is not even in the Jail.

GROUND TWO: Lack of proper Medical Care violation of 8th Amendment

SUPPORTING FACTS: 7-16-18 after Wrong Meds was gave to me I have permenant blur vision and hearing loss. Throat was swelled for hours. Still have effects to this day

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

A nurse to sort out meds like other jails. Pay to have my vision and hearing looked at. Pay $400,000 for my cruel and unusal punishment for improper medical care and oppressive conditions with my permenant hearing and vision loss.

*Danell Barr*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-22-18
(Date)

*Danell Barr*
Signature of plaintiff(s)

Darren Rowery[?]
Dale County Jail
P.O Box 249
Ozark, Al 36360

Legal Mail

DALE CO. JAIL
INMATE INSPECTED



MONTGOMERY AL 360
23 JUL 2018 PM 4 L

United States District Court
one Church St Suite B-110
Montgomery, Al 36104-4018

36104$4018 C039